AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MARVIN FRANK,
Individually and on behalf of a class

       Plaintiff,

  v.

B. R. GUEST, INC.,

       Defendant.

**APPEARANCE**

Case Number: 1:07-cv-11420 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

B.R. Guest, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2008 | *Robert J. Ward* (signature) |
| Date | Signature |
| | Robert J. Ward |
| | Print Name / Bar Number |
| | Schulte Roth & Zabel LLP, 919 Third Avenue |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 756-2000 / (212) 593-5955 |
| | Phone Number / Fax Number |