```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN FRANK,<br>Individually and on behalf of a class<br><br>Plaintiff,<br><br>v.<br><br>B.R. GUEST, INC.,<br><br>Defendant. | Case No. 07 CV 11420 (VM)<br><br>STIPULATION AND ORDER<br>EXTENDING TIME TO<br>ANSWER, MOVE OR OTHERWISE<br>RESPOND TO PLAINTIFF'S<br>COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for the defendant B.R. Guest, Inc. to answer, move or otherwise respond to the complaint is extended up to and including March 11, 2008.

Dated: New York, New York
       February 6, 2008

DONALD R. LOMAX, P.C.

_____
Donald R. Lomax
386 Park Avenue South
New York, NY 10016
212.682.7704
dlomax@speakeasy.net

*Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

_____
David K. Momborquette
919 Third Avenue
New York, NY 10022
212.756.2268
david.momborquette@srz.com

*Attorneys for Defendant*

SO ORDERED:

_____
United States District Judge
Dated: February __, 2008