Form 27 - GENERAL PURPOSE
**DONALD R. LOMAX P.C.**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
--------------------------------------------------------

MARVIN FRANK, INDIVIDUALLY AND ON        plaintiff
BEHALF OF A CLASS
                - against -

B.R. GUEST                               defendant

--------------------------------------------------------

Index No. **07 CV 11420**

Date Filed  ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**HARRY TORRES**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **22nd  day of January, 2008**    at  **02:03 PM.**,    at
   **206 SPRING STREET, 5TH FLR**
   **NEW YORK, NY 10012**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **B.R. GUEST**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **VERONICA VELEZ, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**        COLOR: **TAN**         HAIR: **BLACK**
      APP. AGE: **25**       APP. HT: **5:6**       APP. WT: **200**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
25th  day of  January, 2008k

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

HARRY TORRES  0915257
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DRL107386