**COPY**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN FRANK,<br>Individually and on behalf of a class,<br><br>                  Plaintiff,<br><br>    v.<br><br>B.R. GUEST, INC.,<br><br>                  Defendant. | Case No. 07 CV 11420 (VM)<br><br><br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO<br>ANSWER, MOVE OR OTHERWISE<br>RESPOND TO PLAINTIFF'S<br>COMPLAINT** |

WHEREAS the undersigned counsel for the parties hereto previously stipulated to extend the time for defendant B.R. Guest, Inc. to answer, move or otherwise respond to the complaint to March 11, 2008, which was granted by this Court on February 8, 2008; and

WHEREAS the undersigned counsel for the parties hereto stipulated to further extend the time for defendant B.R. Guest, Inc. to answer, move or otherwise respond to the complaint to March 28, 2008, which was granted by this Court on March 3, 2008.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for the defendant B.R. Guest, Inc. to answer, move or otherwise respond to the complaint is extended up to and including April 11, 2008.

Dated: New York, New York
       March 26, 2008

**DONALD R. LOMAX, P.C.**

Donald R. Lomax
386 Park Avenue South
New York, NY 10016
212.682.7704
dlomax@speakeasy.net

*Attorneys for Plaintiff*

**SCHULTE ROTH & ZABEL LLP**

Robert J. Ward
919 Third Avenue
New York, NY 10022
212.756.2166
robert.ward@srz.com

*Attorneys for Defendant*

SO ORDERED:

United States District Judge   Victor Marrero
Dated: March __, 2008