MARRERO, 5?

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN FRANK,<br>Individually and on behalf of a class<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>1337 THIRD AVENUE LLC<br>d/b/a ATLANTIC GRILL<br>　　　　　　　　Defendant. | Case No. 07 CV 11420 (VM)<br><br><br>STIPULATION AND ORDER<br>EXTENDING TIME TO<br>ANSWER, MOVE OR OTHERWISE<br>RESPOND TO PLAINTIFF'S<br>AMENDED COMPLAINT |

　　　WHEREAS the plaintiff filed an amended complaint that, among other changes, substituted 1337 Third Avenue LLC for the previously-named defendant, B.R. Guest, Inc., on April 11, 2008.

　　　WHEREAS the undersigned counsel for the parties hereto previously filed stipulations to extend the time for the previously-named defendant, B.R. Guest, Inc. to answer, move or otherwise respond to the original complaint to March 11, 2008, March 28, 2008, and April 11, 2008.

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for the defendant to answer, move or otherwise respond to the amended complaint is extended up to and including May 5, 2008.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```

Dated: New York, New York
April 16, 2008

DONALD R. LOMAX, P.C.

_____
Donald R. Lomax
386 Park Avenue South
New York, NY 10016
212.682.7704
dlomax@speakeasy.net
*Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

_____
Robert J. Ward
919 Third Avenue
New York, NY 10022
212.756.2166
robert.ward@srz.com
*Attorneys for Defendant*

SO ORDERED:

_____
United States District Judge  Victor Marrero
Dated: April 17, 2008