**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
 ---------------------------------------------------------------- x

MARVIN FRANK,                                           :
individually and on behalf of a class,
                                                        :
                     Plaintiff,                                          Case No. 07 CV 11420 (VM)
                                                        :
          -v.-
                                                        :
1337 THIRD AVENUE LLC,
d/b/a ATLANTIC GRILL,                                   :

                     Defendant.                         :
 --------------------------------------------------------------   x

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel states that B.R. Guest Holdings LLC is the parent of defendant 1337 Third Avenue LLC,

and that B.R. Guest, Inc. and SOF US Restaurant Co. - Invest Holdings, L.L.C. are the parents of

B.R. Guest Holdings LLC, and states that no publicly held corporation owns 10% or more of the

stock of any of the foregoing.

10667198.1

Dated:    New York, New York          SCHULTE ROTH & ZABEL LLP,
          May 5, 2008

                                      By: /s/ Robert J. Ward
                                          Robert J. Ward
                                          Gregory A. Kasper
                                          919 Third Avenue
                                          New York, NY 10022
                                          (212) 756-2000
                                          robert.ward@srz.com
                                          gregory.kasper@srz.com

                                          *Attorneys for Defendant 1337 Third Avenue
                                          LLC*

10667198.1