**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------- x

| | | |
|---|---|---|
| MARVIN FRANK, | : | ECF CASE |
| individually and on behalf of a class, | | |
| | : | |
| Plaintiff, | | Case No. 07 CV 11420 (VM) |
| | : | |
| -v.- | | |
| | : | **NOTICE OF MOTION** |
| 1337 THIRD AVENUE LLC, | | |
| d/b/a ATLANTIC GRILL, | : | |
| | | |
| Defendant. | : | |

----------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of the Motion to Dismiss made by Defendant 1337 Third Avenue LLC, the undersigned

will move this Court, before the Honorable Victor Marrero, at the United States District Court

for the Southern District of New York, located at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be determined by

the Court, for an Order dismissing the Amended Complaint in its entirety pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

10667187.1

Dated:    New York, New York
          May 5, 2008

SCHULTE ROTH & ZABEL LLP,


By: /s/ Robert J. Ward_____
        Robert J. Ward
        Gregory A. Kasper
        919 Third Avenue
        New York, NY 10022
        (212) 756-2000
        robert.ward@srz.com
        gregory.kasper@srz.com

        *Attorneys for Defendant 1337 Third Avenue LLC*