*Mnakero/5*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN FRANK,
Individually and on behalf of a class,

    Plaintiff,

v.

1337 THIRD AVENUE, LLC,
d/b/a ATLANTIC GRILL,

    Defendant.

Case No. 07 CV 11420 (VM)

STIPULATION AND ORDER
EXTENDING PLAINTIFF'S
TIME TO RESPOND TO
DEFENDANT'S MOTION TO
DISMISS

WHEREAS the plaintiff filed a summons and complaint on December 20, 2007;

WHEREAS, in accordance with extensions of time which were so ordered by the Court and by agreement of the parties respecting the correct legal name and identity of the defendant, that complaint was not answered and instead, the plaintiff filed an amended complaint on April 11, 2008 which, among other things, substituted 1337 Third Avenue LLC for the previously-named defendant, B.R. Guest, Inc.;

WHEREAS, defendant filed a Notice of Motion and Memorandum of Law in Support thereof to dismiss the amended complaint on May 5, 2008;

N:\DRL\Frank\132\Motion to Dismiss\Stip.wpd

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the time for the plaintiff to file its responsive papers to the said Motion to Dismiss is extended to and including June 10, 2008.

Dated: New York, New York
       May 14, 2008

| SCHULTE ROTH & ZABEL LLP | DONALD R. LOMAX, P.C. |
|---|---|
| /s/ Robert J. Ward | /s/ Donald R. Lomax |
| Robert J. Ward | Donald R. Lomax |
| 919 Third Avenue | 386 Park Avenue South |
| New York, NY 10022 | New York, NY 10016 |
| 212-756-2166 | 212-682-7704 |
| robert.ward@srz.com | dlomax@speakeasy.net |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

SO ORDERED:

/s/
United States District Judge
Date: May 1, 2008